FILED

SEP 23 2014

SUSAN M. SPRAUL, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

FILED

Oct 23, 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES BANKRUPTCY APPELLATE PANEL**

**OF THE NINTH CIRCUIT**

| | |
|---|---|
| In re: | BAP No.   EC-14-1200 |
| | Bk. No.   13-20645 |
| ROBERT NORIK KITAY; TRISTINA COFFIN KITAY; | Adv. No.  13-02126 |
| Debtors. | CAED Case # 2:14-mc-0123 WBS CKD (PS) |
| DANIEL GONZALEZ, | |
| Appellant, | |
| v. | **ORDER TRANSFERRING IFP MOTION TO DISTRICT COURT** |
| ROBERT NORIK KITAY; TRISTINA COFFIN KITAY, | |
| Appellees. | |

Before: KURTZ and TAYLOR, Bankruptcy Judges.

Appellant filed a motion for leave to proceed in forma pauperis with respect to this appeal ("IFP Motion"). An order was issued by the Panel, giving the bankruptcy court the opportunity to make a certification under 28 U.S.C. § 1915(a)(3) regarding whether the appeal is frivolous. No certification was made by the trial court.

Under the holding of Perroton v. Gray (In re Perroton), 958 F.2d 889 (9th Cir. 1992) and Determan v. Sandoval (In re

Sandoval), 186 B.R. 490, 496 (9th Cir. BAP 1995), the Bankruptcy Appellate Panel has no authority to grant or deny in forma pauperis motions under 28 U.S.C. § 1915(a) because bankruptcy courts are not "court[s] of the United States" as defined in 28 U.S.C. § 451.

Therefore, appellant's IFP Motion is hereby TRANSFERRED to the United States District Court for the Eastern District of California for the limited purpose of ruling on the IFP Motion.

It is appellant's responsibility to take all necessary steps to have the IFP Motion considered by the district court within a reasonable period of time.

No later than **Thursday, October 23, 2014**, appellant must file with the Panel and serve on opposing counsel a written response which includes as an exhibit a copy of the district court's order on the IFP Motion or an explanation of the steps appellant has taken to have the IFP Motion considered by the district court. For the convenience of the district court, copies of the notice of appeal, the IFP Motion, and the judgment on appeal are attached to this order.

Failure to comply with the requirements of this order may result in dismissal of this appeal for lack of prosecution without further notice to the parties. 9th Cir. BAP R. 8070-1.

**General Docket**
**U. S. Bankruptcy Appellate Panel for the Ninth Circuit**

| | |
|---|---|
| **Bankruptcy Appellate Panel Docket #:** 14-1200 | **Docketed:** 04/24/2014 |
| Daniel Gonzalez v. Robert Kitay, et al | |
| **Appeal From:** California Eastern - Sacramento | |
| **Fee Status:** | |

**Case Type Information:**
   **1)** Bankruptcy
   **2)** Chapter 7 Non-Business - Adv
   **3)** null

**Originating Court Information:**
   **District:** 0972-2 : 13-20645           **Adversary Proceeding:** 13-0212(
   **Trial Judge:** Thomas C. Holman, U.S. Bankruptcy Judge
   **Date Filed:** 01/17/2013

| **Date Order/Judgment:** | **Date NOA Filed:** | **Date Rec'd BAP:** |
|---|---|---|
| 04/10/2014 | 04/17/2014 | 04/22/2014 |

| | | |
|---|---|---|
| 04/22/2014 | 1 | Received notice of appeal filed in Bankruptcy Court on 04/17/2014, notice of referral, transmittal form and order on appeal. (VJ) |
| 04/25/2014 | 2 | Notice to all parties and Bankruptcy Court RE: BAP Case number assigned: EC-14-1200. Sent Bankruptcy Record Request Form to Bankruptcy Court. (VJ) |
| 04/25/2014 | 3 | Sent BRIEFING ORDER & NOTICE to appellant Daniel Gonzalez. Copies to all parties. Appellant Daniel Gonzalez's opening brief due 06/09/2014. (VJ) |
| 04/29/2014 | 4 | Notice of Deficiency sent to Appellant RE: Filing fee not paid ( lack of prosecution). Re: Response Due: 05/13/2014. cc: All parties. (VJ) |
| 06/25/2014 | 5 | ORDER (Kurtz) ; The motion for leave is ORDERED DENIED as unnecessary. No later than 7/9/14, appellant must pay the full appeal fees and file written proof that the appeal fees have been paid. Parties response due 07/09/2014.. (PI) |
| 07/10/2014 | 6 | Filed Appellant Daniel Gonzalez's original and copies, response to order re: filing fee payment filed on 06/25/2014; served on 07/07/2014. (VJ) |
| 08/19/2014 | 7 | Filed order (KURTZ); On Friday, August 29, 2014, the Panel will forward the request for leave to proceed in forma pauperis to the U.S. District Court for its consideration. This order is being issued to allow the trial court the opportunity to "certif[y] in writing that [the appeal] is not taken in good faith" under 28 U.S.C. § 1915(a)(3).2 ;. ( see attached order) (VJ) |
| 09/23/2014 | 8 | Filed order (KURTZ and TAYLOR); appellant's IFP Motion is hereby TRANSFERRED to the United States District Court for the Eastern District of California for the limited purpose of ruling on the IFP Motion. No later than Thursday, October 23, 2014, appellant must file with the Panel and serve on opposing counsel a written response which includes as an exhibit a copy of the district court's order on the IFP Motion ;. ( see attached order) (VJ) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| BAP for the Ninth Circuit - 10/23/2014 09:52:36 | | | |
| **PACER Login:** | jd9260:4268362:4268475 | **Client Code:** | |
| **Description:** | Case Summary | **Search Criteria:** | 14-1200 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

# U.S. Bankruptcy Court
## Eastern District of California (Sacramento)
## Adversary Proceeding #: 13-02126

*Assigned to:* Hon. Thomas Holman  
*Lead BK Case:* 13-20645  
*Lead BK Title:* Robert Norik Kitay and Tristina Coffin Kitay  
*Lead BK Chapter:* 7  
*Demand:* $1000000  

*Date Filed:* 04/15/13

*Nature[s] of Suit:*  41 Objection / revocation of discharge - 727(c),(d),(e)  
62 Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud  
67 Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny  
68 Dischargeability - 523(a)(6), willful and malicious injury  

---

*Plaintiff*
-----------------------

**Daniel E. Gonzalez**  
7125 Calvin Dr  
Citrus Heights, CA 95621  
916-247-6886  

represented by **Daniel E. Gonzalez**  
PRO SE

V.

*Defendant*
-----------------------

**Robert N. Kitay**  
2508 Garfield Ave #A  
Carmichael, CA 95608  

represented by **Robert N. Kitay**  
2508 Garfield Ave, Ste A  
Carmichael, CA 95608  
916-266-0188  
*LEAD ATTORNEY*

**Unknown at time of filing**  
*TERMINATED: 01/03/2014*  
*LEAD ATTORNEY*

*Defendant*
-----------------------

**Law Offices of Robert N. Kitay, PC**

represented by **Unknown at time of filing**  
*LEAD ATTORNEY*

*Defendant*
-----------------------

**Tristina Coffin Kitay**  
2508 Garfield Ave #A  
Carmichael, CA 95608  
SSN / ITIN: xxx-xx-3898  

represented by **Robert N. Kitay**  
(See above for address)  
*LEAD ATTORNEY*

**Unknown at time of filing**  
*TERMINATED: 01/03/2014*

| Filing Date | # | Docket Text |
|---|---|---|
| 04/15/2013 | 1 | SEE AMENDED COMPLAINT FILED 11/19/13 - (41 (Objection / revocation of discharge - 727(c),(d),(e))),(62 (Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud)),(67 (Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny)),(68 (Dischargeability - 523(a)(6), willful and malicious injury)) : Complaint by Daniel E. Gonzalez against Robert N. Kitay, Law Offices of Robert N. Kitay, PC. $293 Fee Not Paid (jlns) Modified on 11/20/2013 (jlns). (Entered: 04/15/2013) |
| 04/15/2013 | 2 | Adversary Proceeding Cover Sheet (auto) (Entered: 04/15/2013) |
| 04/15/2013 | 3 (4 pgs) | Copy of Summons Issued Re: 1 Complaint; Status Conference to be held on 6/19/2013 at 09:30 AM at Sacramento Courtroom 32, Department B (jlns) (Entered: 04/15/2013) |
| 04/15/2013 | 4 (1 pg) | Notice of Availability of Bankruptcy Dispute Resolution Program (jlns) (Entered: 04/15/2013) |
| 04/15/2013 | 5 (1 pg) | Order to Confer on Initial Disclosures and Setting Deadlines (jlns) (Entered: 04/15/2013) |
| 04/15/2013 |  | Filing Fee Due RE: Adversary Proceeding (jlns) (auto) (Entered: 04/15/2013) |
| 04/15/2013 | 6 (1 pg) | Notice of Payment Due in the amount of $293.00 Re: Adversary Complaint. A copy of this notice was returned to the creditor(s) via hand delivery. (jlns) (Entered: 04/15/2013) |
| 04/22/2013 |  | Account Receivable Fee Paid ($293.00, Receipt Number: 2-13-07991) (auto) (Entered: 04/22/2013) |
| 04/23/2013 | 7 | Order to Show Cause - Failure to Pay Fees as Transmitted to BNC for Service. Hearing to be held on 5/14/2013 at 09:30 AM at Sacramento Courtroom 32, Department B. (bons) Modified on 5/3/2013 (bons). VACATED PER ORDER DATED 05/02/2013. Additional attachment(s) added on 5/3/2013 (bons). (Entered: 04/23/2013) |
| 04/23/2013 | 8 | Certificate of Mailing of Order to Show Cause - Failure to Pay Fees as provided by the Bankruptcy Noticing Center (Admin.) Additional attachment(s) added on 5/3/2013 (bons). (Entered: 04/25/2013) |
| 05/02/2013 | 9 | Order Vacating/Striking/Setting Aside 7 Order to Show Cause - Failure to Pay Fees (bons) (Entered: 05/03/2013) |
| 05/03/2013 | 10 (1 pg) | Notice of Entry of Order/Judgment as Transmitted to BNC for Service Re: 9 Order Vacating/Striking/Setting Aside 7 Order to Show Cause - Failure to Pay Fees (bons) (bons) (Entered: 05/03/2013) |
|  | 11 | Certificate of Mailing of Notice of 10 Notice of Entry of Order/Judgment as |

| | | |
|---|---|---|
| 05/03/2013 | (3 pgs) | provided by the Bankruptcy Noticing Center (Admin.) (Entered: 05/05/2013) |
| 05/14/2013 | 12<br>(1 pg) | Civil Minutes -- Hearing Dropped Re: 7 Order to Show Cause - Failure to Pay Fees (sars) (Entered: 05/15/2013) |
| 05/15/2013 | 13<br>(5 pgs) | STRICKEN BY ORDER DATED 8/21/13. Answer to Complaint Filed by Robert N. Kitay. (ltas) Modified on 8/21/2013 (smis). (Entered: 05/15/2013) |
| 06/19/2013 | | Docket Entry Reserved for Internal Use/Order Processing. (Service List Attached). (sars) (Entered: 06/19/2013) |
| 06/19/2013 | 15 | Civil Minute Order/Order to Continue Status Conference Re: 1 Complaint ; Status Conference to be held on 8/21/2013 at 09:30 AM at Sacramento Courtroom 32, Department B (jlns) (Entered: 06/20/2013) |
| 06/20/2013 | 16<br>(2 pgs) | Copy of Document as transmitted to BNC for service. (jlns) (Entered: 06/20/2013) |
| 06/24/2013 | 17<br>(4 pgs) | Certificate of Mailing of Document as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 06/26/2013) |
| 07/18/2013 | 18 | Notice of Compliance by Creditor to Set Discovery Schedule Re: 1 Complaint (jlns) (Entered: 07/18/2013) |
| 07/18/2013 | 19 | Certificate/Proof of Service of 18 Notice (jlns) (Entered: 07/18/2013) |
| 08/19/2013 | 20<br>(4 pgs) | Motion/Application to Continue/Reschedule Hearing Re: 1 Complaint Filed by Defendant Robert N. Kitay (jlns) (Entered: 08/20/2013) |
| 08/20/2013 | | Contacted Irene from the Law Office of Robert N. Kitay on 8/20/13 regarding the failure to submit a proposed Order Re: 20 Motion/Application to Continue/Reschedule Hearing Re: (jlns) (Entered: 08/20/2013) |
| 08/21/2013 | 21<br>(1 pg) | Civil Minutes -- Status Conference continued Re: 1 Complaint; Status Conference now to be held on 10/30/2013 at 09:30 AM at Sacramento Courtroom 32, Department B (sars) (Entered: 08/21/2013) |
| 08/21/2013 | | Docket Entry Reserved for Internal Use/Order Processing. (Service List Attached). (sars) (Entered: 08/21/2013) |
| 08/21/2013 | 23<br>(2 pgs) | Order Vacating/Striking/Setting Aside 13 Answer to Complaint (smis) (Entered: 08/21/2013) |
| 08/21/2013 | 23<br>(2 pgs) | Civil Minute Order/Order to Continue Status Conference Re: 1 Complaint ; Status Conference to be held on 10/30/2013 at 09:30 AM at Sacramento Courtroom 32, Department B (smis) (Entered: 08/21/2013) |
| 08/21/2013 | 24<br>(2 pgs) | Copy of Document as transmitted to BNC for service. (smis) (Entered: 08/21/2013) |
| | 25<br>(3 pgs) | Entry of Default and Order Re: Default Judgment Procedures. Entry of Default of Defendant Robert N. Kitay Request for entry of default judgment |

| | | |
|---|---|---|
| 08/21/2013 | | due by 9/20/2013. (smis) (Entered: 08/21/2013) |
| 08/21/2013 | 26<br>(4 pgs) | Certificate of Mailing of Document as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 08/23/2013) |
| 09/20/2013 | 27<br>(2 pgs) | Motion/Application for Entry of Default Judgment [DEG-1] Filed by Plaintiff Daniel E. Gonzalez (jlns) (Entered: 09/20/2013) |
| 09/20/2013 | 28<br>(2 pgs) | Notice of Hearing Re: 27 Motion/Application for Entry of Default Judgment [DEG-1] to be held on 10/29/2013 at 09:32 AM at Sacramento Courtroom 32, Department B. (jlns) (Entered: 09/20/2013) |
| 09/20/2013 | 29<br>(12 pgs) | Declaration of Daniel Gonzalez in support of 27 Motion/Application for Entry of Default Judgment [DEG-1] (jlns) (Entered: 09/20/2013) |
| 09/20/2013 | 30<br>(17 pgs) | Exhibit(s) in support of 27 Motion/Application for Entry of Default Judgment [DEG-1] (jlns) (Entered: 09/20/2013) |
| 09/20/2013 | 31<br>(2 pgs) | Certificate/Proof of Service of 27 Motion/Application for Entry of Default Judgment [DEG-1], 28 Notice of Hearing, 29 Declaration, 30 Exhibit(s) (jlns) (Entered: 09/20/2013) |
| 09/30/2013 | 32<br>(3 pgs) | Request for Special Notice Filed by Interested Parties Sheri L. Carello, Sheri Carello (jlns) (Entered: 10/01/2013) |
| 09/30/2013 | 33<br>(2 pgs) | Certificate/Proof of Service of 32 Request for Special Notice [PA-1] (jlns) (Entered: 10/01/2013) |
| 10/30/2013 | | Docket Entry Reserved for Internal Use/Order Processing. (Service List Attached). (sars) (Entered: 10/30/2013) |
| 10/30/2013 | 35<br>(3 pgs) | Civil Minutes -- Hearing Held/Concluded Re: 27 Motion/Application for Entry of Default Judgment [DEG-1] GRANTED IN PART (sars) (Entered: 10/31/2013) |
| 10/30/2013 | 37<br>(2 pgs) | Civil Minute Order/Order to Continue Status Conference Re: 1 Complaint ; Status Conference to be held on 11/27/2013 at 09:30 AM at Sacramento Courtroom 32, Department B (jlns) (Entered: 10/31/2013) |
| 10/31/2013 | | Docket Entry Reserved for Internal Use/Order Processing. (Service List Attached). (sars) (Entered: 10/31/2013) |
| 10/31/2013 | 38<br>(2 pgs) | Copy of Document as transmitted to BNC for service. (jlns) (Entered: 10/31/2013) |
| 10/31/2013 | 39<br>(3 pgs) | Certificate of Mailing of Document as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 11/02/2013) |
| 11/01/2013 | 40<br>(2 pgs) | Civil Minute Order Granting in part, Denying in part 27 Motion/Application for Entry of Default Judgment [DEG-1] (jlns) (Entered: 11/04/2013) |
| | 40 | Default Judgment Against Defendant Robert N. Kitay (jlns) (Entered: |

| | | |
|---|---|---|
| 11/01/2013 | (2 pgs) | 11/04/2013) |
| 11/04/2013 | 41<br>(1 pg) | Notice of Entry of Order/Judgment as Transmitted to BNC for Service Re: 40 Civil Minute Order Granting in part, Denying in part 27 Motion/Application for Entry of Default Judgment [DEG-1] (jlns), 40 Default Judgment Against Defendant Robert N. Kitay (jlns) (jlns) (Entered: 11/04/2013) |
| 11/04/2013 | 42<br>(2 pgs) | Copy of Document as transmitted to BNC for service. (jlns) (Entered: 11/04/2013) |
| 11/04/2013 | 43<br>(2 pgs) | Certificate of Mailing of Notice of 41 Notice of Entry of Order/Judgment as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 11/06/2013) |
| 11/04/2013 | 44<br>(3 pgs) | Certificate of Mailing of Document as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 11/06/2013) |
| 11/19/2013 | 45<br>(53 pgs) | Amended Complaint filed by Plaintiff Daniel E. Gonzalez (jlns) (Entered: 11/20/2013) |
| 11/19/2013 | 47<br>(454 pgs) | Exhibit(s) to 45 Amended Complaint (jlns) (Entered: 11/20/2013) |
| 11/20/2013 | 46<br>(4 pgs) | Copy of Reissued Summons Re: 45 Amended Complaint; Status Conference to be held on 11/27/2013 at 09:30 AM at Sacramento Courtroom 32, Department B (jlns) (Entered: 11/20/2013) |
| 11/27/2013 | 48<br>(1 pg) | Civil Minutes -- Status Conference continued Re: 45 Amended Complaint; Status Conference now to be held on 1/15/2014 at 09:30 AM at Sacramento Courtroom 32, Department B (sars) (Entered: 11/27/2013) |
| 11/27/2013 | | Docket Entry Reserved for Internal Use/Order Processing. (Service List Attached). (sars) (Entered: 11/27/2013) |
| 11/27/2013 | 52<br>(11 pgs) | Notice of Compliance Re: 37 Civil Minute Order/Order to Set/Continue/Reschedule Hearing (rgaf) (Entered: 12/02/2013) |
| 11/27/2013 | 53<br>(1 pg) | Certificate/Proof of Service of 52 Notice (rgaf) (Entered: 12/02/2013) |
| 12/02/2013 | 50<br>(2 pgs) | Civil Minute Order/Order to Continue Status Conference Re: 45 Amended Complaint ; Status Conference to be held on 1/15/2014 at 09:30 AM at Sacramento Courtroom 32, Department B (rgaf) (Entered: 12/02/2013) |
| 12/02/2013 | 51<br>(2 pgs) | Copy of Document as transmitted to BNC for service. (rgaf) (Entered: 12/02/2013) |
| 12/02/2013 | 60<br>(3 pgs) | Certificate of Mailing of Document as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 12/04/2013) |
| 12/03/2013 | 54<br>(2 pgs) | Motion/Application for Entry of Default Judgment [DEG-1] Filed by Plaintiff Daniel E. Gonzalez (jlns) (Entered: 12/04/2013) |

| | | |
|---|---|---|
| 12/03/2013 | 55 (2 pgs) | Notice of Hearing Re: 54 Motion/Application for Entry of Default Judgment [DEG-1] to be held on 12/23/2013 at 09:30 AM at Sacramento Courtroom 32, Department B. (jlns) (Entered: 12/04/2013) |
| 12/03/2013 | 56 (2 pgs) | Exhibit(s) in support of 54 Motion/Application for Entry of Default Judgment [DEG-1] (jlns) (Entered: 12/04/2013) |
| 12/03/2013 | 57 (12 pgs) | Declaration of Daniel Gonzalez in support of 54 Motion/Application for Entry of Default Judgment [DEG-1] (jlns) (Entered: 12/04/2013) |
| 12/03/2013 | 58 (2 pgs) | Certificate/Proof of Service of 54 Motion/Application for Entry of Default Judgment [DEG-1], 55 Notice of Hearing, 56 Exhibit(s) (jlns) (Entered: 12/04/2013) |
| 12/04/2013 | 59 (1 pg) | Memo to File Re: Calendar Correction as Transmitted to BNC for Service Re: 54 Motion/Application for Entry of Default Judgment [DEG-1] (jkrs) (Entered: 12/04/2013) |
| 12/04/2013 | 63 (2 pgs) | Certificate of Mailing of Memo to File Re: Calendar Correction as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 12/06/2013) |
| 12/06/2013 | 61 (2 pgs) | Amended Notice of Hearing Re: 54 Motion/Application for Entry of Default Judgment [DEG-1] to be held on 1/14/2014 at 09:32 AM at Sacramento Courtroom 32, Department B. (jlns) (Entered: 12/06/2013) |
| 12/06/2013 | 62 (2 pgs) | Amended Certificate/Proof of Service of 61 Amended Notice of Hearing [DEG-1] (jlns) (Entered: 12/06/2013) |
| 12/12/2013 | 64 (2 pgs) | Certificate/Proof of Service of 52 Notice [DEG-1] (jlns) (Entered: 12/12/2013) |
| 12/12/2013 | 65 (7 pgs) | Notice of Compliance Re: 37 Civil Minute Order/Order to Set/Continue/Reschedule Hearing [DEG-1] (jlns) (Entered: 12/12/2013) |
| 12/31/2013 | 66 (2 pgs) | Certificate/Proof of Service of 45 Amended Complaint, 54 Motion/Application for Entry of Default Judgment [DEG-1], 55 Notice of Hearing (jlns) (Entered: 01/02/2014) |
| 01/03/2014 | 67 (2 pgs) | Motion/Application to Continue/Reschedule Hearing Re: 54 Motion/Application for Entry of Default Judgment Filed by Defendants Robert N. Kitay, Tristina Coffin Kitay (jlns) (Entered: 01/06/2014) |
| 01/03/2014 | 67 (2 pgs) | Motion/Application to Continue/Reschedule Status Conference Re: 45 Amended Complaint Filed by Defendants Robert N. Kitay, Tristina Coffin Kitay (jlns) (Entered: 01/06/2014) |
| 01/03/2014 | 68 (15 pgs) | Declaration of Robert N. Kitay in support of 67 Motion/Application to Continue/Reschedule Hearing, 67 Motion/Application to Continue/Reschedule Hearing (jlns) (Entered: 01/06/2014) |
| 01/03/2014 | 69 (5 pgs) | Memorandum of Points and Authorities in support of 67 Motion/Application to Continue/Reschedule Hearing 67 Motion/Application to Continue/Reschedule Hearing (jlns) (Entered: 01/06/2014) |

| | | |
|---|---|---|
| 01/03/2014 | [70](#) (3 pgs) | Motion/Application to Set Aside Filed by Defendants Robert N. Kitay, Tristina Coffin Kitay (jlns) (Entered: 01/06/2014) |
| 01/03/2014 | [70](#) (3 pgs) | Motion/Application to Dismiss Adversary Proceeding/Notice of Removal Filed by Defendants Robert N. Kitay, Tristina Coffin Kitay (jlns) (Entered: 01/06/2014) |
| 01/03/2014 | [70](#) (3 pgs) | Motion/Application to Vacate Filed by Defendants Robert N. Kitay, Tristina Coffin Kitay (jlns) (Entered: 01/06/2014) |
| 01/03/2014 | [70](#) (3 pgs) | Motion/Application to Continue/Reschedule Status Conference Re: [45](#) Amended Complaint Filed by Defendants Robert N. Kitay, Tristina Coffin Kitay (jlns) (Entered: 01/06/2014) |
| 01/03/2014 | [70](#) (3 pgs) | Notice of Hearing Re: [70](#) Motion/Application to Set Aside, [70](#) Motion/Application to Dismiss Adversary Proceeding/Notice of Removal, [70](#) Motion/Application to Vacate, [70](#) Motion/Application to Continue/Reschedule Hearing Re: to be held on 2/11/2014 at 09:32 AM at Sacramento Courtroom 32, Department B. (jlns) (Entered: 01/06/2014) |
| 01/03/2014 | [71](#) (15 pgs) | Memorandum of Points and Authorities in support of [70](#) Motion/Application to Set Aside, [70](#) Motion/Application to Dismiss Adversary Proceeding/Notice of Removal, [70](#) Motion/Application to Vacate, [70](#) Motion/Application to Continue/Reschedule Hearing Re: (jlns) (Entered: 01/06/2014) |
| 01/03/2014 | [72](#) (20 pgs) | Declaration of Robert N. Kitay in support of [70](#) Motion/Application to Set Aside, [70](#) Motion/Application to Dismiss Adversary Proceeding/Notice of Removal, [70](#) Motion/Application to Vacate, [70](#) Motion/Application to Continue/Reschedule Hearing Re: (jlns) (Entered: 01/06/2014) |
| 01/03/2014 | [73](#) (20 pgs) | Exhibit(s) Re: [70](#) Motion/Application to Set Aside, [70](#) Motion/Application to Dismiss Adversary Proceeding/Notice of Removal, [70](#) Motion/Application to Vacate, [70](#) Motion/Application to Continue/Reschedule Hearing Re: (jlns) (Entered: 01/06/2014) |
| 01/03/2014 | [74](#) (20 pgs) | Exhibit(s) Re: [70](#) Motion/Application to Set Aside, [70](#) Motion/Application to Dismiss Adversary Proceeding/Notice of Removal, [70](#) Motion/Application to Vacate, [70](#) Motion/Application to Continue/Reschedule Hearing Re: (jlns) (Entered: 01/06/2014) |
| 01/03/2014 | [75](#) (20 pgs) | Exhibit(s) Re: [70](#) Motion/Application to Set Aside, [70](#) Motion/Application to Dismiss Adversary Proceeding/Notice of Removal, [70](#) Motion/Application to Vacate, [70](#) Motion/Application to Continue/Reschedule Hearing Re: (jlns) (Entered: 01/06/2014) |
| 01/03/2014 | [76](#) (20 pgs) | Exhibit(s) Re: [70](#) Motion/Application to Set Aside, [70](#) Motion/Application to Dismiss Adversary Proceeding/Notice of Removal, [70](#) Motion/Application to Vacate, [70](#) Motion/Application to Continue/Reschedule Hearing Re: (jlns) (Entered: 01/06/2014) |
| | [77](#) (20 pgs) | Exhibit(s) Re: [70](#) Motion/Application to Set Aside, [70](#) Motion/Application to Dismiss Adversary Proceeding/Notice of Removal, [70](#) |

| | | |
|---|---|---|
| 01/03/2014 | | Motion/Application to Vacate, 70 Motion/Application to Continue/Reschedule Hearing Re: (jlns) (Entered: 01/06/2014) |
| 01/03/2014 | 78 (14 pgs) | Exhibit(s) Re: 70 Motion/Application to Set Aside, 70 Motion/Application to Dismiss Adversary Proceeding/Notice of Removal, 70 Motion/Application to Vacate, 70 Motion/Application to Continue/Reschedule Hearing Re: (jlns) (Entered: 01/06/2014) |
| 01/03/2014 | 79 (3 pgs) | Declaration of Shawna M. Snyder in support of 70 Motion/Application to Set Aside, 70 Motion/Application to Dismiss Adversary Proceeding/Notice of Removal, 70 Motion/Application to Vacate, 70 Motion/Application to Continue/Reschedule Hearing Re: (jlns) (Entered: 01/06/2014) |
| 01/10/2014 | 80 (22 pgs) | Memorandum of Points and Authorities in opposition to 70 Motion/Application to Set Aside, 70 Motion/Application to Dismiss Adversary Proceeding/Notice of Removal, 70 Motion/Application to Vacate, 70 Motion/Application to Continue/Reschedule Hearing [DEG-1] (jlns) (Entered: 01/13/2014) |
| 01/10/2014 | 81 (2 pgs) | Certificate/Proof of Service of 80 Memorandum of Points and Authorities [DEG-1] (jlns) (Entered: 01/13/2014) |
| 01/14/2014 | 85 (1 pg) | Civil Minutes -- Hearing Held/Concluded Re: 54 Motion/Application for Entry of Default Judgment [DEG-1] DISMISSED WITHOUT PREJUDICE (sars) (Entered: 01/17/2014) |
| 01/15/2014 | | Docket Entry Reserved for Internal Use/Order Processing. (Service List Attached). (sars) (Entered: 01/15/2014) |
| 01/16/2014 | 83 (2 pgs) | Civil Minute Order/Order to Continue Status Conference Re: 45 Amended Complaint ; Status Conference to be held on 2/26/2014 at 09:30 AM at Sacramento Courtroom 32, Department B (jlns) (Entered: 01/16/2014) |
| 01/16/2014 | 84 (2 pgs) | Copy of Document as transmitted to BNC for service. (jlns) (Entered: 01/16/2014) |
| 01/16/2014 | 88 (3 pgs) | Certificate of Mailing of Document as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 01/18/2014) |
| 01/17/2014 | | Docket Entry Reserved for Internal Use/Order Processing. (sars) (Entered: 01/17/2014) |
| 01/17/2014 | 87 (1 pg) | Civil Minute Order Dismissing 54 Motion/Application for Entry of Default Judgment [DEG-1] (jlns) (Entered: 01/17/2014) |
| 01/28/2014 | 89 (2 pgs) | Amended Motion/Application for Entry of Default Judgment [DEG-1] Filed by Plaintiff Daniel E. Gonzalez (jlns) (Entered: 01/28/2014) |
| 01/28/2014 | 90 (2 pgs) | Notice of Hearing Re: 89 Amended Motion/Application for Entry of Default Judgment [DEG-1] to be held on 2/26/2014 at 09:30 AM at Sacramento Courtroom 32, Department B. (jlns) (Entered: 01/28/2014) |
| | 91 | Declaration of Daniel Gonzalez in support of 89 Amended |

| | | |
|---|---|---|
| 01/28/2014 | (3 pgs) | Motion/Application for Entry of Default Judgment [DEG-1] (jlns) (Entered: 01/28/2014) |
| 01/28/2014 | 92 (18 pgs) | Exhibit(s) in support of 89 Amended Motion/Application for Entry of Default Judgment [DEG-1] (jlns) (Entered: 01/28/2014) |
| 01/28/2014 | 93 (26 pgs) | Memorandum of Points and Authorities Re: 89 Amended Motion/Application for Entry of Default Judgment [DEG-1] (jlns) (Entered: 01/28/2014) |
| 01/28/2014 | 94 (50 pgs) | Exhibit(s) in support of 89 Amended Motion/Application for Entry of Default Judgment [DEG-1] (jlns) (Entered: 01/28/2014) |
| 01/28/2014 | 95 (11 pgs) | Request for Judicial Notice Re: 89 Amended Motion/Application for Entry of Default Judgment [DEG-1] Filed by Plaintiff Daniel E. Gonzalez (jlns) (Entered: 01/28/2014) |
| 01/28/2014 | 96 (140 pgs) | Exhibit(s) to 95 Request for Judicial Notice [DEG-1] (jlns) (Entered: 01/28/2014) |
| 01/28/2014 | 97 (3 pgs) | Certificate/Proof of Service of 89 Amended Motion/Application for Entry of Default Judgment [DEG-1], 90 Notice of Hearing, 91 Declaration, 92 Exhibit(s), 93 Memorandum of Points and Authorities, 94 Exhibit(s), 95 Request for Judicial Notice, 96 Exhibit(s), 98 Declaration. Modified on 1/29/2014 (jlns). (Entered: 01/28/2014) |
| 01/28/2014 | 98 (21 pgs) | Declaration of Daniel Gonzalez Re: 89 Amended Motion/Application for Entry of Default Judgment [DEG-1] (jlns) (Entered: 01/29/2014) |
| 01/30/2014 | 99 (1 pg) | Memo to File Re: Calendar Correction as Transmitted to BNC for Service Re: 89 Motion/Application for Entry of Default Judgment [DEG-1] (jkrs) (Entered: 01/30/2014) |
| 01/30/2014 | 100 (2 pgs) | Amended Notice of Hearing Re: 89 Amended Motion/Application for Entry of Default Judgment [DEG-1] to be held on 2/25/2014 at 09:32 AM at Sacramento Courtroom 32, Department B. (jlns) (Entered: 01/30/2014) |
| 01/30/2014 | 101 (2 pgs) | Notice of Correction/Errata Re: 89 Amended Motion/Application for Entry of Default Judgment [DEG-1] (jlns) (Entered: 01/30/2014) |
| 01/30/2014 | 102 (2 pgs) | Amended Certificate/Proof of Service of 100 Amended Notice of Hearing, 101 Notice of Correction/Errata [DEG-1] (jlns) (Entered: 01/30/2014) |
| 01/30/2014 | 103 (2 pgs) | Certificate of Mailing of Memo to File Re: Calendar Correction as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 02/01/2014) |
| 02/07/2014 | 104 (2 pgs) | Amended Notice of Hearing Re: 89 Motion/Application for Entry of Default Judgment [DEG-1] to be held on 3/11/2014 at 09:32 AM at Sacramento Courtroom 32, Department B. (jlns) (Entered: 02/10/2014) |
| 02/07/2014 | 105 (3 pgs) | Certificate/Proof of Service of 104 Amended Notice of Hearing [DEG-1] (jlns) (Entered: 02/10/2014) |

| | | |
|---|---|---|
| 02/11/2014 | | Docket Entry Reserved for Internal Use/Order Processing. (Service List Attached). (sars) (Entered: 02/11/2014) |
| 02/13/2014 | [107](#) (2 pgs) | Civil Minute Order/Order to Continue Hearing Re: [70](#) Motion/Application to Set Aside, [70](#) Motion/Application to Dismiss Adversary Proceeding/Notice of Removal, [70](#) Motion/Application to Vacate, [70](#) Motion/Application to Continue/Reschedule Hearing Re: ; Hearing to be held on 4/8/2014 at 09:32 AM at Sacramento Courtroom 32, Department B. (jlns) (Entered: 02/13/2014) |
| 02/13/2014 | [108](#) (2 pgs) | Copy of Document as transmitted to BNC for service. (jlns) (Entered: 02/13/2014) |
| 02/13/2014 | [109](#) (3 pgs) | Certificate of Mailing of Document as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 02/15/2014) |
| 02/25/2014 | [110](#) (1 pg) | Civil Minutes -- Hearing Re: [89](#) Motion/Application for Entry of Default Judgment [DEG-1] continued; Hearing to be held on 4/8/2014 at 09:32 AM at Sacramento Courtroom 32, Department B. (sars) (Entered: 02/25/2014) |
| 02/26/2014 | | Docket Entry Reserved for Internal Use/Order Processing. (Service List Attached). (sars) (Entered: 02/26/2014) |
| 02/26/2014 | [112](#) (2 pgs) | Civil Minute Order/Order to Continue Status Conference Re: [45](#) Amended Complaint ; Status Conference to be held on 4/23/2014 at 09:30 AM at Sacramento Courtroom 32, Department B (jbrm) (Entered: 02/26/2014) |
| 02/26/2014 | [113](#) (2 pgs) | Copy of Document as transmitted to BNC for service. (jbrm) (Entered: 02/26/2014) |
| 02/26/2014 | [117](#) (3 pgs) | Certificate of Mailing of Document as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 02/28/2014) |
| 02/27/2014 | | Docket Entry Reserved for Internal Use/Order Processing. (sars) (Entered: 02/27/2014) |
| 02/27/2014 | [115](#) (7 pgs) | Reply Brief Re: [89](#) Motion/Application for Entry of Default Judgment [DEG-1] Filed by Defendants Robert N. Kitay, Tristina Coffin Kitay (jgis) (Entered: 02/27/2014) |
| 02/28/2014 | [116](#) (1 pg) | Civil Minute Order/Order to Continue Hearing Re: [89](#) Motion/Application for Entry of Default Judgment [DEG-1]; Hearing to be held on 4/8/2014 at 09:32 AM at Sacramento Courtroom 32, Department B. (jgis) Modified on 2/28/2014 (jgis). (Entered: 02/28/2014) |
| 03/31/2014 | [118](#) (2 pgs) | Motion/Application to Shorten Time [SLC-2] Filed by Plaintiff Daniel E. Gonzalez (jgis) (Entered: 04/01/2014) |
| 03/31/2014 | [119](#) (2 pgs) | Declaration of Daniel Gonzalez in support of [118](#) Motion/Application to Shorten Time [SLC-2] (jgis) (Entered: 04/01/2014) |
| | [120](#) (6 pgs) | Motion/Application for Relief for a Declaratory and Injunctive Relief on Stipulation to File a Limited Opposition to the Trustee's Motion to Sell |

| | | |
|---|---|---|
| 03/31/2014 | | Assets of the Law Office of Debtor Robert N. Kitay [SLC-2] Filed by Plaintiff Daniel E. Gonzalez (jgis) (Entered: 04/01/2014) |
| 03/31/2014 | 121 (2 pgs) | Certificate/Proof of Service of 118 Motion/Application to Shorten Time [SLC-2], 119 Declaration, 120 Motion/Application for Relief for a Declaratory and Injunctive Relief on Stipulation to File a Limited Opposition to the Trustee's Motion to Sell Assets of the Law Office of Debtor Robert N. Kitay [SLC-2] (jgis) (Entered: 04/01/2014) |
| 04/01/2014 | 122 (3 pgs) | Order Denying 118 Motion/Application to Shorten Time [SLC-2] (jgis) (Entered: 04/02/2014) |
| 04/02/2014 | 123 (3 pgs) | Copy of Document as transmitted to BNC for service. (jgis) (Entered: 04/02/2014) |
| 04/02/2014 | 124 (4 pgs) | Certificate of Mailing of Document as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 04/04/2014) |
| 04/08/2014 | 125 (2 pgs) | Opposition/Objection [DEG-1] Filed by Plaintiff Daniel E. Gonzalez Re: 116 Civil Minute Order/Order to Set/Continue/Reschedule Hearing (jgis) (Entered: 04/08/2014) |
| 04/08/2014 | 126 (5 pgs) | Civil Minutes -- Opposed Hearing Held Re: 70 Motion/Application to Set Aside, 70 Motion/Application to Dismiss Adversary Proceeding/Notice of Removal, 70 Motion/Application to Vacate, 70 Motion/Application to Continue/Reschedule Hearing Re: DENIED IN PART; DISMISSED AS MOOT IN PART (sars) (Entered: 04/09/2014) |
| 04/08/2014 | 127 (1 pg) | Civil Minutes -- Hearing/Motion Resolved without Oral Argument Re: 89 Motion/Application for Entry of Default Judgment [DEG-1] DISMISSED (sars) (Entered: 04/09/2014) |
| 04/10/2014 | | Docket Entry Reserved for Internal Use/Order Processing. (sars) (Entered: 04/10/2014) |
| 04/10/2014 | | Docket Entry Reserved for Internal Use/Order Processing. (sars) (Entered: 04/10/2014) |
| 04/10/2014 | 130 (1 pg) | Civil Minute Order Dismissing 89 Motion/Application for Entry of Default Judgment [DEG-1] (jgis) (Entered: 04/10/2014) |
| 04/10/2014 | 131 (1 pg) | Civil Minute Order Denying in part, Dismissing as moot in part 70 Motion/Application to Set Aside (jgis) (Entered: 04/11/2014) |
| 04/10/2014 | 131 (1 pg) | Civil Minute Order Denying in part, Dismissing as moot in part 70 Motion/Application to Dismiss Adversary Proceeding/Notice of Removal (jgis) (Entered: 04/11/2014) |
| 04/10/2014 | 131 (1 pg) | Civil Minute Order Denying in part, Dismissing as moot in part 70 Motion/Application to Vacate (jgis) (Entered: 04/11/2014) |
| | 131 (1 pg) | Civil Minute Order Denying in part, Dismissing as moot in part 70 Motion/Application to Continue/Reschedule Hearing (jgis) (Entered: |

| | | |
|---|---|---|
| 04/10/2014 | | 04/11/2014) |
| 04/17/2014 | 135 (7 pgs) | Notice of Appeal filed by Plaintiff Daniel E. Gonzalez Re: 131 Order on Motion/Application To Vacate/Reconsider/Set Aside, 131 Order on Motion/Application to Dismiss Adversary Proceeding/Notice of Removal, 131 Order on Motion/Application To Vacate/Reconsider/Set Aside, 131 Order on Motion/Application to Continue/Reschedule Hearing (Fee Paid $0.00) (pdes) (Entered: 04/21/2014) |
| 04/17/2014 | 135 (7 pgs) | Motion/Application for Leave to Appeal [DEG-1] Filed by Plaintiff Daniel E. Gonzalez (pdes) Modified on 4/21/2014 (pdes). Modified on 4/22/2014 (pdes). (Entered: 04/21/2014) |
| 04/17/2014 | 136 (2 pgs) | Certificate/Proof of Service of 135 Notice of Appeal (pdes). Modified on 4/22/2014 (pdes). (Entered: 04/21/2014) |
| 04/17/2014 | 136 (2 pgs) | Certificate/Proof of Service of 135 Motion/Application for Leave to Appeal [DEG-1] (pdes) (Entered: 04/22/2014) |
| 04/18/2014 | 132 (3 pgs) | Judgment against Defendant Robert N. Kitay (jgis) (Entered: 04/18/2014) |
| 04/18/2014 | 133 (3 pgs) | Copy of Document as transmitted to BNC for service. (jgis) (Entered: 04/18/2014) |
| 04/18/2014 | 134 (4 pgs) | Certificate of Mailing of Document as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 04/20/2014) |
| 04/22/2014 | 137 (1 pg) | Transmittal to BAP Re: 135 Notice of Appeal (jgis) (Entered: 04/22/2014) |
| 04/22/2014 | 138 (1 pg) | Notice of Referral of Appeal to Bankruptcy Appellate Panel Re: 135 Notice of Appeal (jgis) (Entered: 04/22/2014) |
| 04/22/2014 | 139 (1 pg) | Certificate of Notice Re: 135 Notice of Appeal, 138 Notice of Referral to Bankruptcy Appellate Panel (jgis) (Entered: 04/22/2014) |
| 04/22/2014 | 140 (7 pgs) | Copy of Document as transmitted to BNC for service. (jgis) (Entered: 04/22/2014) |
| 04/22/2014 | 141 (1 pg) | Copy of Document as transmitted to BNC for service. (jgis) (Entered: 04/22/2014) |
| 04/22/2014 | 146 (8 pgs) | Certificate of Mailing of Document as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 04/24/2014) |
| 04/22/2014 | 147 (2 pgs) | Certificate of Mailing of Document as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 04/24/2014) |
| 04/23/2014 | 142 (1 pg) | Civil Minutes -- Status Conference continued Re: 45 Amended Complaint; Status Conference now to be held on 7/30/2014 at 09:30 AM at Sacramento Courtroom 32, Department B (sars) (Entered: 04/23/2014) |

| | | |
|---|---|---|
| 04/23/2014 | | Docket Entry Reserved for Internal Use/Order Processing. (Service List Attached). (sars) (Entered: 04/23/2014) |
| 04/24/2014 | 144 (2 pgs) | Civil Minute Order/Order to Continue Status Conference Re: 45 Amended Complaint ; Status Conference to be held on 7/30/2014 at 09:30 AM at Sacramento Courtroom 32, Department B (jgis) (Entered: 04/24/2014) |
| 04/24/2014 | 145 (2 pgs) | Copy of Document as transmitted to BNC for service. (jgis) (Entered: 04/24/2014) |
| 04/24/2014 | 148 (3 pgs) | Certificate of Mailing of Document as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 04/26/2014) |
| 04/28/2014 | 149 (4 pgs) | Receipt of Pleadings and Documents from Bankruptcy Appellant Panel Re: 135 Notice of Appeal (bons) (Entered: 04/28/2014) |
| 05/12/2014 | 150 | ENTERED ON DOCKET IN ERROR - NO IMAGE AVAILABLE Motion/Application to Seal [DEG-1] Filed by Plaintiff Daniel E. Gonzalez (jgis) Modified on 5/12/2014 (jgis). (Entered: 05/12/2014) |
| 05/12/2014 | 151 (3 pgs) | Motion/Application to Seal [DEG-1] Filed by Plaintiff Daniel E. Gonzalez (jgis) (Entered: 05/12/2014) |
| 06/09/2014 | 152 (2 pgs) | Order Denying 151 Motion/Application To Restrict Public Access or Seal [DEG-1] (jgis) (Entered: 06/10/2014) |
| 07/09/2014 | 153 (11 pgs) | Motion/Application for Relief from Default for Cause in Response to B.A.P. Order Filed by Plaintiff Daniel E. Gonzalez (jgis) (Entered: 07/09/2014) |
| 07/09/2014 | 154 (2 pgs) | Certificate/Proof of Service of 153 Motion/Application for Relief from Default for Cause in Response to B.A.P. Order (jgis) (Entered: 07/09/2014) |
| 07/29/2014 | 156 (2 pgs) | Order Denying 153 Motion/Application for Relief from Default for Cause in Response to B.A.P. Order (pdes) (Entered: 07/30/2014) |
| 07/30/2014 | | Docket Entry Reserved for Internal Use/Order Processing. (Service List Attached). (sars) (Entered: 07/30/2014) |
| 07/30/2014 | 157 (2 pgs) | Copy of Document as transmitted to BNC for service. (pdes) (Entered: 07/30/2014) |
| 07/30/2014 | 160 (3 pgs) | Certificate of Mailing of Document as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 08/01/2014) |
| 07/31/2014 | 158 (2 pgs) | Civil Minute Order/Order to Continue Status Conference Re: 45 Amended Complaint ; Status Conference to be held on 11/5/2014 at 09:30 AM at Sacramento Courtroom 32, Department B (jgis) (Entered: 07/31/2014) |
| 07/31/2014 | 159 (2 pgs) | Copy of Document as transmitted to BNC for service. (jgis) (Entered: 07/31/2014) |
| | 161 | Certificate of Mailing of Document as provided by the Bankruptcy Noticing |

07/31/2014 (3 pgs) Center (Admin.) (Entered: 08/02/2014)

Case 2:14-mc-00123-WBS-CKD   Document 1   Filed 10/23/14   Page 18 of 18

| PACER Service Center ||||
|---|---|---|---|
| Transaction Receipt ||||
| 10/23/2014 10:02:10 ||||
| **PACER Login:** | jd9260:4268362:4268475 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 13-02126 Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| **Billable Pages:** | 11 | **Cost:** | 1.10 |