UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GONZALEZ,<br><br>    Appellant,<br><br>  v.<br><br>ROBERT KITAY, et al.,<br><br>    Appellees. | No. 2:14-mc-0123 WBS CKD PS<br><br><br><br>ORDER |

  The Bankruptcy Appellate Panel transferred appellant's in forma pauperis motion to this court for the limited purpose of ruling on appellant's motion. Plaintiff has submitted an affidavit showing that plaintiff is unable to prepay fees and costs or give security for them. Accordingly, IT IS HEREBY ORDERED that appellant's motion to proceed in forma pauperis is granted.

Dated: October 27, 2014

                 /s/ Carolyn K. Delaney
                 CAROLYN K. DELANEY
                 UNITED STATES MAGISTRATE JUDGE

4 gonzalez.bk.ifp

1